In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance, etc., for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the NORTHERN INSURANCE COMPANY OF MOSCOW, RUSSIA, and the Interests of Its Policyholders, Creditors, Stockholders and the Public.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

WENDELL P. BARKER v. CHARLES H. WILSON, Impleaded, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JOSEPH, INC., v. ALBERTI CARLETON & Co., INC., and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

PETER STAITI and Another v. LAWRENCE LAUDISI.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

CHEMUNG IRON & STEEL COMPANY, INC., v. THE COAL AND IRON NATIONAL BANK OF THE CITY OF NEW YORK.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

LYNN MANION CORPORATION v. G. RICHARD DAVIS & Co., INC., Impleaded, etc.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance, etc., for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the FIRST RUSSIAN INSURANCE COMPANY, ESTABLISHED IN 1827, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. In the Matter of the Application of FIRST RUSSIAN INSURANCE COMPANY, ESTABLISHED IN 1827, and Others, Individually and as Directors, etc., for an Order Declaring and Determining the Disposition of the Surplus United States Assets of FIRST RUSSIAN INSURANCE COMPANY, ESTABLISHED IN 1827.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance, etc., for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the RUSSIAN REINSURANCE COMPANY OF PETROGRAD, RUSSIA, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. In the Matter of the Application of the RUSSIAN REINSURANCE COMPANY and Others, Individually and as Directors of RUSSIAN REINSURANCE COMPANY, for an Order Declaring and Determining the Disposition of the Surplus United States Assets of RUSSIAN REINSURANCE COMPANY.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

CHARLES S. UTTERSON, INC., v. JOSEPH SNYDER and Others, and JOSEPH P. DONNA, Doing Business, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MOE ROSENTHAL and Another, as Copartners, etc., v. JACOB SEVILLE and Another, Copartners, etc., Impleaded with DELISH Co., INC.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.